**FILED**

NOV 15 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CR-0178-PMP-RJJ |
| ) | |
| KEVIN WRIGHT, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on May 14, 2009, that KEVIN WRIGHT shall pay a criminal forfeiture money judgment of $2,450,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KEVIN WRIGHT a criminal forfeiture money judgment in the amount of $517,170.73 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A); Title 18,

. . .

. . .

. . .

. . .

1 | United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title
2 | 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

4 | DATED this ___15___ day of November, 2010.

<br>

_____
UNITED STATES DISTRICT JUDGE