UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br> v. )<br>  )<br> KEVIN WRIGHT, )<br>  )<br>  Defendant. )<br> _____) | 2:08-CR-00178-PMP-RJJ<br><br>ORDER |

The Court having read and considered Defendant's Motion to Extend Self-Surrender Date (Doc. #195) and Plaintiff United States' Response thereto (Doc. #196), and good cause appearing,

**IT IS THEREFORE ORDERED that** Defendant's Motion to Extend Self-Surrender Date (Doc. #195) **DENIED** .

DATED: March 17, 2011.

*[signature]*

PHILIP M. PRO
United States District Judge