DANIEL G. BOGDEN
United States Attorney
ADAM M. FLAKE
Assistant United States Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-178-PMP-RJJ |
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION FOR CONTINUANCE** |
| KEVIN WRIGHT, | |
| Defendant. | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and ADAM M. FLAKE, Assistant United States Attorney, and respectfully requests this court to enter an order granting the Government's motion to continue the date for the response to defendant Kevin Wright's motion under 28 U.S.C. § 2255, which Wright filed on or about March 9, 2011.

On March 22, 2011, the Court ordered the Government to respond to this motion by April 22, 2011. By this motion, the United States requests that the deadline be continued until May 22, 2011.

As grounds for this motion, the Government avers as follows:

1. Undersigned counsel, who is responsible for responding to Wright's motion, is presently reviewing the record. Among the issues raised are the conduct and competence of Nelson's

. . .

former counsel and the amount of loss. These issues will require review of the record and legal research.

2. This is the Government's first request for an extension of time to file its response. Undersigned counsel avows that he has exercised diligence since being assigned this matter; that he seeks this extension in good faith and not for purposes of delay; and that he anticipates that the response will be filed within the additional time requested.

3. To the undersigned's knowledge, Wright is not represented by counsel. The undersigned has not spoken with Wright, but does not have any reason to believe Wright has any basis to oppose this request.

DATED: this 7th day of April, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

　/s/ Adam M. Flake　
ADAM M. FLAKE
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 2:08-cr-178-PMP-RJJ |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| KEVIN WRIGHT, | ) |
| | ) |
| Defendant. | ) |

Based upon the pending motion of the United States, and good cause appearing, **IT IS THEREFORE ORDERED** that the United States motion for a continuance is GRANTED. The United States' response to defendant's Petition Under 28 U.S.C. § 2255 is due **May 22, 2011**.

DATED: this  7th day of April, 2011.

_____
UNITED STATED DICTRICT JUDGE

3

CERTIFICATE OF SERVICE

Pursuant to the rules of the above court, I hereby certify that I am an employee of the United States Attorney's Office, United States Department of Justice, and that on April 7, 2011, I caused the foregoing document, GOVERNMENT'S MOTION FOR CONTINUANCE, to be delivered to all parties to this action by e-service.

      /S/ Terrie Murray
Terrie Murray
Legal Assistant

4