UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | 2:08-CR-00178-PMP-RJJ |
| vs. ) | **ORDER** |
| KEVIN WRIGHT, ) | |
|         Defendant. ) | |

      The Court having read and considered Defendant Wright's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. #194) and the Government's Response in Opposition thereto (Doc. #205), and good cause appearing,

      The Court finds that Defendant Wright's Motion (Doc. #194) must be denied.

      Specifically, Defendant Wright has failed to show that the assistance provided by his counsel was ineffective under the standards established in <u>Strickland v. Washington</u>, 466 U.S. at 687 (1984).  Additionally, Defendant Wright's sentence was not based upon an incorrect loss amount, nor does the fact that a Co-Defendant received a shorter sentence support Defendant Wright's request for relief herein.

/ / /

/ / /

/ / /

1   **IT IS ORDERED that** Defendant Wright's Motion Under 28 U.S.C. 2255
2   to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc.
3   #194) is **DENIED**.

5   DATED:  May 23, 2011.

*[signature]*
PHILIP M. PRO
United States District Judge