DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone:   (702) 388-6336

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-178-PMP-RJJ |
| Plaintiff, | |
| vs. | UNITED STATES' MOTION TO AMEND JUDGMENT |
| KEVIN WRIGHT, | |
| Defendant. | |

The United States, by and through the undersigned, respectfully moves the Court, pursuant to Federal Rule of Criminal Procedure Rules 35 & 36, to amend the Judgment in the above-captioned matter.

### Points and Authorities

On November 18, 2010, the Court sentenced the defendant. The sentence included restitution in the amount of $775,368.00 to Wells Fargo Bank ("WFB"). Defendant was also sentenced to a term of incarceration which he has completed. Shortly after defendant's release, he reached out to the undersigned and asked the government to look into his restitution obligation. Defendant represented that he had paid restitution to WFB in a civil suit arising out of the same factual allegations as defendant's criminal case. The government contacted defendant's counsel, Travis Shetler, and obtained permission to work with defendant directly.

The undersigned contacted one of the attorneys that represented WFB in the civil suit. Based upon conversations with and documents provided by WFB's counsel, the government learned the following:

1. The civil charges were settled with restitution obligations imposed upon defendant.
2. Defendant made payments toward his restitution obligation.
3. Based upon the settlement agreement with WFB, defendant's remaining restitution obligation is currently $251,505.00. See civil pleadings attached hereto as Exhibit A.

Title 18, United States Code, Section 3663A requires that the restitution figure imposed by the court deduct "the value of any part of the property that is returned." 18 USC § 3663A(b)(1)(B).

The undersigned has communicated with Mr. Shetler who has no objection to defendant's restitution obligation being reduced from $775,368.00 to $251,505.00.

Wherefore, the United States respectfully requesting that the Court amend the Judgment to reduce the restitution figure from $775,368.00 to $251,505.00.

Respectfully submitted this 24th day of April 2013.

DANIEL G. BOGDEN
United States Attorney

/s/ Brian Pugh
Brian Pugh
Assistant United States Attorney

It is so ordered this  21st  day of  June  2013.

*(signature)*
UNITED STATES DISTRICT JUDGE