JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
summer.johnson@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KEVIN WRIGHT,<br><br>        Defendant. | Case No.: 2:08-CR-178-PMP-CWH<br><br>**STIPULATION FOR INSTALLMENT PAYMENT ORDER** |

      The United States of America, by its attorney, JASON M. FRIERSON, United States Attorney for the District of Nevada, and Summer A. Johnson, Assistant United States Attorney, and Defendant Kevin Wright, hereby agree and stipulate and request this court to enter an order directing the Defendant to make installment payments to the United States pursuant to 28 U.S.C. § 3204, and in support state as follows:

      1.     An Amended Judgment in the captioned matter was entered in favor of the United States and against Defendant Kevin Wright ("Wright") on June 25, 2013. ECF No. 220. Restituton in the amount of $251,505.00 was ordered. *Id*. at 5. Interest was not waived by this Court in its Judgment dated June 25, 2013. *See generally* ECF No. 220 at page 5.

2. As of March 8, 2023, the Defendant has made $6,376.97 in payments to reduce his restitution debt, leaving an outstanding balance of $263,137.31, including all applicable interest.

3. The amount owing is a debt to the United States as defined in the Federal Debt Collection Procedures Act of 1990 ("FDCPA"), 28 U.S.C. § 3301-3308. *See* 28 U.S.C.§ 3002(3)(B).

4. As a result, Defendant has agreed to make payments directly to the Clerk of the Court in the amount of $350 per month.

5. Said payment shall begin on April 1, 2023 and thereafter continuing on the 1st day of each month until the debt is paid in full or twenty years from the date of release from incarceration, whichever occurs first.

6. The monthly payments are based on Defedant's present ability to pay and the amount is subject to change in the future should the Defendant's ability to pay change materially in the future. Consistent therewith, Defendant agrees to provide the United States Attorney's Office with Financial Disclosure Statement that summarizes and details: (1) Defendant's gross income, (2) Defendant's expenses, (3) Defendant's gross wages, (4) Defendant's disposable earnings after taxes and other deductions required by law, and (5) Defendant's personal and business assets and liabilities. Defendant further agrees to provide the supporting documentation as requested in the Financial Disclosure Statement. The United States agrees to request the submission of the above described information no earlier than four years from the date of the entry of this Stipulation. The Financial Disclosure Statement is necessary to verify that the Defendant is paying an appropriate amount toward the outstanding restitution balance.

7. Nothing in this agreement prevents the United States from requesting a modification of the Court's order should undisclosed assets be located.

8. In the event the Defendant fails to make the payments required under Paragraph 4, in full, for more than 90 days, the account will be in default. Upon default,

the United States may declare this agreement null and void.  All payments made by the Defendant prior to default will be applied toward the judgment balance. The United States will be entitled to recover the unpaid balance from the Defendant plus costs and interest from the time the payment becomes due and payable.

      9.     Based on the foregoing and for good cause, the parties respectfully request that the Court approve the following stipulation, and enter an order in conformity therewith. A draft order is submitted herewith for the Court's consideration.

Respectfully submitted this 8th day of March 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | Kevin Wright |
| /s/ Summer A. Johnson<br>SUMMER A. JOHNSON<br>Assistant United States Attorney<br>Attorneys for the UNITED STATES | *See attached signature page.*<br><br>Kevin Wright<br>Defendant |

the United States may declare this agreement null and void. All payments made by the Defendant prior to default will be applied toward the judgment balance. The United States will be entitled to recover the unpaid balance from the Defendant plus costs and interest from the time the payment becomes due and payable.

9. Based on the foregoing and for good cause, the parties respectfully request that the Court approve the following stipulation, and enter an order in conformity therewith. A draft order is submitted herewith for the Court's consideration.

Respectfully submitted this 27th day of February 2023.

JASON M. FRIERSON  
United States Attorney

/s/ Summer A. Johnson  
SUMMER A. JOHNSON  
Assistant United States Attorney  
Attorneys for the UNITED STATES

Kevin Wright

/s/  
Kevin Wright  
Defendant

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
summer.johnson@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KEVIN WRIGHT,<br><br>  Defendant. | Case No.: 2:08-CR-178<br><br>**ORDER ON STIPULATION FOR INSTALLMENT PAYMENT ORDER** |

　　　　This matter is before the Court for consideration of the Stipulation for Installment Payment Order executed between United States of America, by its attorney, JASON M. FRIERSON, United States Attorney for the District of Nevada, and Summer A. Johnson, Assistant United States Attorney, and Defendant Kevin Wright, for an order directing the Defendant to make installment payments to the United States pursuant to 28 U.S.C. § 3204.

　　　　Having considered reviewed the stipulation of the parties, and good cause appearing there for, the Court finds and orders as follows:

　　　　1.　　An Amended Judgment in the captioned matter was entered in favor of the United States and against Defendant Kevin Wright ("Wright") on June 25, 2013. ECF No. 220. Restitution in the amount of $251,505.00 was ordered. *Id*. at 5. Interest was not

waived by this Court in its Judgment dated June 25, 2013. *See generally* ECF No. 220 at page 5.

2. As of March 8, 2023, the Defendant has made $6,376.97 in payments to reduce his restitution debt, leaving an outstanding balance of $263,137.31, including all applicable interest.

3. As a result, Defendant has agreed to, and shall make payments directly to the Clerk of the Court in the amount of $350 per month.

4. Said payment shall begin on April 1, 2023, and thereafter continuing on the 1st day of each month until the debt is paid in full or twenty years from the date of release from incarceration, whichever occurs first.

5. The monthly payments are based on Defendant's present ability to pay and the amount is subject to change in the future should the Defendant's ability to pay change materially in the future. Consistent therewith, Defendant shall provide the United States Attorney's Office with a Financial Disclosure Statement that summarizes and details: (1) Defendant's gross income, (2) Defendant's expenses, (3) Defendant's gross wages, (4) Defendant's disposable earnings after taxes and other deductions required by law, and (5) Defendant's personal and business assets and liabilities. Defendant shall also provide the supporting documentation as requested in the Financial Disclosure Statement. The United States agrees to request the submission of the above-described information no earlier than four years from the date of the entry of this Stipulation. The Financial Disclosure Statement is necessary to verify that the Defendant is paying an appropriate amount toward the outstanding restitution balance.

6. Nothing in this agreement shall prevent the United States from requesting a modification of this Court's order should undisclosed assets be located.

7. In the event the Defendant fails to make the payments required under Paragraph 5, in full, for more than 90 days, the account will be in default. Upon default, the United States may declare this agreement null and void. All payments made by the Defendant prior to default shall be applied toward the judgment balance. The United States

will be entitled to recover the unpaid balance from the Defendant plus costs and interest from the time the payment becomes due and payable.

8. All checks or money orders are to be made payable as follows:

    Clerk of the Court, U.S. District Court

*and mailed to*:

    Clerk of the Court, U.S. District Court
    333 Las Vegas Boulevard South, Suite 1334
    Las Vegas, NV 89101

and bearing Judgment Debtor's name and case number:

    "KEVIN WRIGHT / 2:08-CR-178"

**IT IS SO ORDERED.**

Dated: _May 10, 2023_____    _____
                                                           UNITED STATES DISTRICT JUDGE